Travers Earl CRUMPTON;
et al., Plaintiffs,

Travers Earl Crumpton,
Plaintiff–Appellant,

v.

Christina Melton CRAIN, Chairperson of the Texas Board of Criminal Justice; all present and future members of the Texas Board of Criminal Justice; Gary L. Johnson, Executive Director, Texas Department of Criminal Justice, Institutional Division; Doug Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Defendants–Appellees.

No. 05–51044
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 17, 2007.

Travers Earl Crumpton, Cuero, TX, pro se.

Kimberly L. Fuchs, Office of the Attorney General for the State of Texas, Austin, TX, for Defendants–Appellees.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Travers Earl Crumpton, Texas inmate # 675506, appeals the district court's dismissal as moot of his 42 U.S.C. § 1983 complaint challenging conditions of confinement at the Texas Department of Criminal Justice (TDCJ) Segovia Unit and other TDCJ facilities. Crumpton argues that the district court should have certified the lawsuit as a class action.

The denial of Crumpton's motion for certification as a class action was within the discretion of the district court. *See Pederson v. Louisiana State University*, 213 F.3d 858, 866 (5th Cir.2000). As Crumpton is no longer incarcerated at the Segovia Unit or another allegedly inadequate TDCJ facility identified in his lawsuit, his claims are moot. *See Oliver v. Scott*, 276 F.3d 736, 741 (5th Cir.2002); *Herman v. Holiday*, 238 F.3d 660, 665 (5th Cir.2001). We do not address Crumpton's

---

argument concerning monetary damages because Crumpton did not request monetary damages in the district court. *See Greenberg v. Crossroads Sys., Inc.,* 364 F.3d 657, 669 (5th Cir.2004).

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under